UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

THOMAS MANNS, JR.,                        JUDGMENT IN A CIVIL CASE

    Plaintiff,

vs.


CITY OF MEMPHIS, TENNESSEE                CASE NO: 16-2735-STA-cgc

    Defendant.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Approving Case Resolution and Dismissing Case entered on January 11, 2018, this cause is hereby dismissed with prejudice.




                                            APPROVED:


s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 1/11/2018**                    THOMAS M. GOULD
                                       Clerk of Court


                                           s/Maurice B. BRYSON

                                       (By)  Deputy Clerk